**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ricky R. Myers, Tamara N. Oliver, and John Doe,
Defendants,

Of whom Ricky R. Myers is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000960

———————

Appeal From Sumter County
Angela R. Taylor, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-023
Submitted December 19, 2022 – Filed January 17, 2023

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Steve Bernard Suchomski, of South Carolina Department
of Social Services, of Sumter, for Respondent.

John Stephen Keffer, of Young, Keffer & Donnald, PA, of Sumter, for the Guardian ad Litem.

_____

**PER CURIAM:** Ricky R. Myers appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Myers's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.